Jenna Dakroub, CA # 350170
E: jdakroub@consumerattorneys.com
*Attorney for Plaintiff Sara Strimpel*
**CONSUMER ATTORNEYS**
6345 Balboa Blvd., Suite 247
Encino, CA 91316
T: (602) 807-1525
F: (718) 715-1750

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| SARA STRIMPEL,<br><br>              Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>              Defendants. | **Case No.:** 8:23-cv-02092-SVW-DFM<br><br>**NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES, LLC ONLY** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Sara Strimpel and Equifax Information Services, LLC, ("Equifax"), have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary

1

dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter, as to Defendant Equifax Only. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

DATED: January 30, 2024

By: */s/ Jenna Dakroub*
Jenna Dakroub, CA # 350170
CONSUMER ATTORNEYS
6345 Balboa Boulevard, Suite 247
Encino, CA 91316
T: (602) 807-1525
F: (718) 715-1750
E: jdakroub@consumerattorneys.com
*Attorney for Plaintiff*
*Sara Strimpel*

### CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS**

*/s/Marie Tirona*