Beth K. Findsen (*pro hac vice*)
E: bfindsen@consumerattorneys.com
**CONSUMER ATTORNEYS**
8245 N. 85th Way
Scottsdale, AZ 85258
T: (602) 807-6676
E: bfindsen@consumerattorneys.com

Jenna Dakroub, CA # 350170
E: jdakroub@consumerattorneys.com
**CONSUMER ATTORNEYS**
6345 Balboa Blvd., Suite 247
Encino, CA 91316
T: (602) 807-1525
F: (718) 715-1750

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| SARA STRIMPEL,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>　　　　　　Defendants. | **Case No.:** 8:23-cv-02092-SVW-DFM<br><br>**NOTICE OF SETTLEMENT AS TO EXPERIAN INFORMATION SOLUTIONS, INC.** |

1

**NOTICE IS HEREBY GIVEN** that Plaintiff Sara Strimpel and Experian Information Solutions, Inc., ("Experian"), have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter, as to Defendant Experian. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

DATED: February 6, 2024

CONSUMER ATTORNEYS
By: /s/ Beth K. Findsen
Beth K. Findsen (*pro hac vice*)
8245 N. 85th Way
Scottsdale, AZ 85258
T: (602) 807-6676
E: bfindsen@consumerattorneys.com

Jenna Dakroub, CA # 350170
6345 Balboa Boulevard, Suite 247
Encino, CA 91316
T: (602) 807-1525
F: (718) 715-1750
E: jdakroub@consumerattorneys.com
*Attorneys for Plaintiff*
*Sara Strimpel*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

                                           **CONSUMER ATTORNEYS**

                                           */s/Marie Tirona*