# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SARA STRIMPEL,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>Defendants. | **Case No.:** 8:23-cv-02092-SVW-DFM<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

Upon review of the Parties' Stipulation of Dismissal of Defendant Experian Information Solutions, Inc., ("Experian"), and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

Defendant Experian is Dismissed with Prejudice.

**IT IS SO ORDERED.**

DATED: April 24, 2024

                                                                          *[signature]*
                                                        _____
                                                                Stephen V. Wilson
                                                        UNITED STATES DISTRICT JUDGE